IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re Application of                                )
                                                    )
META PLATFORMS, INC.,                               )
INSTAGRAM, INC., WHATSAPP LLC,                      )
META PLATFORMS TECHNOLOGIES,                        )
LLC and GIPHY, INC.,                                )    C.A. No. 24-MC-182
                                                    )
                    Applicants.                     )

## ORDER

Upon the Application for the Issuance of a Subpoena *Ad Testificandum* and Subpoena

*Duces Tecum* Pursuant to 35 U.S.C. § 24 to Leonid Sigal filed by Meta Platforms, Inc.; Instagram,

Inc.; WhatsApp LLC; Meta Platforms Technologies, LLC; and GIPHY, Inc. (collectively,

"Applicants"), it is hereby:

ORDERED that the Application is Granted, and it is further

ORDERED that the Clerk of the Court shall execute a copies of (1) the Subpoena to

Produce Documents, Information, or Objects or to Permit Inspection of Premises and (2) the

Subpoena to Testify at a Deposition (collectively the "Subpoenas"), attached as Exhibits 1 and 2

to the Application, and provide the executed Subpoenas to Applicants' counsel for service on

Leonid Sigal.

SO ORDERED this 24th day of April, 2024

/s/ Joel H. Slomsky, J.
United States District Judge